IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINH TRAN STEPHENS,<br><br>          Plaintiff,<br><br>v.<br><br>ERICA PARKS,<br>DALE WARNER,<br>CHANDLER MOXLEY,<br>ERICA PARKS LAW FIRM, PLLC,<br>DALE WARNER P.L.L.C.,<br>TAMERA A. CHILDERS, PLLC,<br>MOXLEY LAW FIRM, PLLC, and<br>DOES #1-10,<br><br>          Defendants. | Case No. 24-CV-259-GKF-MTS |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 21, 2024, the court denied plaintiff Linh Tran Stephens' Motion for Leave to Proceed *in Forma Pauperis* and Supporting Affidavit because she failed to state her spouse's bank account information, income, or assets, and the monetary value of any gifts received. [Doc. 8]. The court ordered Ms. Stephens to file a revised Motion for Leave to Proceed *in Forma Pauperis* and Supporting Affidavit, or, in the alternative, pay the $350.00 filing fee and the $55.00 administrative fee on or before July 8, 2024. To date, Ms. Stephens has not filed a revised motion or paid the filing fee.

WHEREFORE, plaintiff Linh Tran Stephens' Complaint [Doc. 2] is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of July, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE