UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**TRANSMITTAL SHEET**
(Notice of Appellate Action)

---

Date Notice filed: 11/26/2024

Style of Case: Stephens v. Parks et al

Appellant: Linh Tran Stephens

District Court No: 24-cv-00259-GKF-MTS

Tenth Circuit Case No: .

☐ Amended NOA                         ☐ Cross Appeal

☐ Interlocutory Appeal                ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

Gregory K. Frizzell, U.S. District Judge:

### **APPEAL FILED BY PRO SE**

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☒ |
| Motion for IFP on Appeal Filed | ☐ |

### **APPEAL FILED BY COUNSEL**

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

---

By: Cara Becker, Case Administrator          November 26, 2024   Phone: (918) 699-4700