APPEAL,CLOSED,DISCREF,LC−1

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: 4:24−cv−00259−GKF−MTS

Stephens v. Parks et al  
Assigned to: Judge Gregory K Frizzell  
Referred to: Magistrate Judge Mark T Steele  
Cause: 28:1332 Diversity−Other Contract

Date Filed: 06/03/2024  
Date Terminated: 07/09/2024  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

### Plaintiff

**Linh Tran Stephens**  
*Sui Juris, a living breathing natural woman with a living soul*

represented by **Linh Tran Stephens**  
11063 S Memorial Dr  
Ste D #235  
Tulsa, OK 74113  
PRO SE

V.

### Defendant

**Erica Parks**  
*an individual*

### Defendant

**Dale Warner**  
*an individual*

### Defendant

**Chandler Moxley**  
*an individual*

### Defendant

**Erica Parks Law Firm, PLLC**  
*an Oklahoma professional limited liability company*

### Defendant

**Dale Warner P.L.L.C.**  
*an Oklahoma professional limited liability company*

### Defendant

**Tamera A. Childers, PLLC**

### Defendant

**Moxley Law Firm, PLLC**
*an Oklahoma professional limited liability company*

**Defendant**

**Does #1–10**
*known but unidentified individual*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/03/2024 | 1 | | CIVIL COVER SHEET by Linh Tran Stephens (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/03/2024 | 2 | | COMPLAINT with Jury Demand against All Defendants by Linh Tran Stephens (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/03/2024 | 3 | | MOTION for Leave to Proceed in Forma Pauperis by Linh Tran Stephens (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/03/2024 | 4 | | MOTION to Obtain Electronic Case Filing Rights for Non–Attorneys by Linh Tran Stephens (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/03/2024 | 5 | | DISCLOSURE STATEMENT by Linh Tran Stephens (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/03/2024 | 6 | | MINUTE ORDER by Court Clerk , directing Linh Tran Stephens to file a Disclosure Statement pursuant to FRCvP 7.1 and LCvR 7.1–1, if applicable. The parties shall use the form entitled Disclosure Statement available on the Courts website. (This entry is the Official Order of the Court. No document is attached.) (drw, Dpty Clk) (Entered: 06/03/2024) |
| 06/21/2024 | 7 | | ORDER by Judge Gregory K Frizzell ; granting 4 Motion for Miscellaneous Relief (Re: 4 MOTION to Obtain Electronic Case Filing Rights for Non–Attorneys ) (kjp, Dpty Clk) (Entered: 06/21/2024) |
| 06/21/2024 | 8 | | ORDER by Judge Gregory K Frizzell ; setting/resetting Filing Fee deadline(s): *Revised motion or in the alternative,* ( Filing Fee due by 7/8/2024); denying 3 Motion for Leave to Proceed in Forma Pauperis (Re: 3 MOTION for Leave to Proceed in Forma Pauperis ) (kjp, Dpty Clk) (Entered: 06/21/2024) |
| 07/09/2024 | 9 | | ORDER by Judge Gregory K Frizzell *of Dismissal Without Prejudice*, dismissing/terminating case (terminates case) (kjp, Dpty Clk) (Entered: 07/09/2024) |
| 07/09/2024 | 10 | | JUDGMENT by Judge Gregory K Frizzell *of Dismissal Without Prejudice*, entering judgment (terminates case) (kjp, Dpty Clk) (Entered: 07/09/2024) |
| 07/09/2024 | | | ***Civil Case Terminated (see document number 10 ) (atn, Dpty Clk) (Entered: 07/10/2024) |
| 11/26/2024 | 11 | | NOTICE titled: Mandatory Judicial Notice and Cognizance Re: Court Costs by Linh Tran Stephens (cjb, Dpty Clk) (Entered: 11/26/2024) |
| 11/26/2024 | 12 | | NOTICE OF APPEAL to Circuit Court (Re: 10 Judgment, Entering Judgment, 9 Order, Dismissing/Terminating Case ) by Linh Tran Stephens (cjb, Dpty Clk) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/26/2024) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

(9) Linh Tran Stephens, **Sui Juris, a living breathing natural woman with a living soul,**
    Plaintiff,

vs.

(1) **Erica Parks,** *an individual*

(2) **Dale Warner**, *an individual*

(3) **Chandler Moxley**, *an individual*

(4) **ERICA PARKS LAW FIRM, PLLC**, *an Oklahoma professional limited liability company*

(5) **DALE WARNER P.L.L.C.**, *an Oklahoma professional limited liability company*

(6) **TAMERA A. CHILDERS, PLLC,**

(7) **MOXLEY LAW FIRM, PLLC**, *an Oklahoma professional limited liability company*

(8) **DOES #1-10** known but unidentified individual,

    Defendants.

Civil Action Case No. 24-CV-259-GKF-MTS

Judge Assigned Gregory K Frizzell

**EXPEDITED TRIAL REQUESTED**

**JURY TRIAL DEMANDED**
VERIFIED COMPLAINT FOR DAMAGES, REQUEST FOR INJUNCTION RELIEF:
**Claim 1: Fraud upon the court**
**Claim 2: Legal Malpractice, Attorney Negligence, and Ineffective Assistance of Counsel**
**Claim 3**: Breach of Fiduciary Duty
**Claim 4: Breach of Contract**
**Claim 5: Unfair Competition**
**Claim 6**: Loss of Consortium
**Claim 7**: Violation of Civil Rights (42 U.S.C. §1983) and **Deprivation of Rights Under Color of Law** (18 U.S.C. §242) - Fourteenth Amendment - **Judicial Deception** in The Presentation of Evidence to Interference with Familial Association

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff Linh Tran Stephens, *sui juris,* a natural living woman breathing with a living soul and all human rights and a Holy Spirit and NOT the corporation nor ens legis nor sole proprietor "LINH TRAN STEPHENS"), in the above-named case original action of legal malpractice *(NOT family court case, as her divorce/custody/child support with Adam Sylvester Stephens was finalized in 2016 in republic of Oregon state)*, hereby appeal to higher court from United States District Court for the Northern District of Oklahoma the entered in this action on 09 JUL 2024 and demand a "findings of fact and conclusions of law" against her uncontested affidavit of indigency and against recently filed "*Mandatory Judicial Notice and Cognizance Re: Court Costs*".

*Nemo me impune lacessit.*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION

c/ Forms mailed

> Notice to Agent is Notice to Principal, Notice to Principal is
> Notice to Agent, Applications to all successors and assigns
> **Silence is Tacit Acquiescence/Agreement/Dishonor**
>
> Private sector autograph;
> WITHOUT RECOURSE
> *without prejudice*
> By beneficiary: *Linh-Tran:Stephens/Agent*
> Authorized Representative and beneficiary of LEGAL FICTION LINH TRAN STEPHENS
> Reserving all my rights without prejudice,
> A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
> non-incorporated, non-sole-proprietor, living on the land of the republic, with God-given rights,
> Sovereign People, Sui Juris, Freeman on the Land
> General Delivery Town Post, non-domestic without the United States
> c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma union state, without USDC,
> Zip exempt, but near [74008]
> LinhStephens7@gmail.com

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on the 25th day of November, 2024, a true, correct, and exact copy of the above and foregoing instrument was electronically transmitted to the Clerk of the Court via ProSeFilingsOKND@oknd.uscourts.gov for efiling

(1) Defendant #1: **Erica Parks,** *2021 S Lewis Ave, Suite 335, Tulsa, OK 74104*; phone: 918-902-0507; email: erica@ericaparkslaw.com.

(2) Defendant #2: **Dale Warner**, *2021 S Lewis Ave, Suite 335, Tulsa, OK 74104;* phone: 918-749-4100; email: dale.law42@yahoo.com.

(3) Defendant #3: **Chandler Moxley**, 2642 E 21st Street, Suite 290, Tulsa, OK 74114; phone: 918-574-8990; email: chandler@divorcetulsa.com.

(4) Defendant #4: **ERICA PARKS LAW FIRM, PLLC**, registered agent, Erica Parks, 2021 S Lewis Ave, Suite 335, Tulsa, OK 74104.

(5) Defendant #5: **DALE WARNER P.L.L.C.**, registered agent, Dale Warner, 2021 S Lewis Ave, Suite 335, Tulsa, OK 74104.

(6) Defendant #6: **TAMERA A. CHILDERS, PLLC,** registered agent, GARY W. CREWS, P.L.L.C., 1795 East 71st Street, Tulsa, OK 74136

(7) Defendant #7: **MOXLEY LAW FIRM, PLLC**, registered agent, Amanda Phillips, 2642 E. 21st St, Ste 290, Tulsa, OK 74114

(8) Defendant #8: **DOES #1-10** known but unidentified individual,

WITHOUT RECOURSE.
*without prejudice*
*Linh-Tran:Stephens/Agent*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINH TRAN STEPHENS,

    Plaintiff,

v.

ERICA PARKS,
DALE WARNER,
CHANDLER MOXLEY,
ERICA PARKS LAW FIRM, PLLC,
DALE WARNER P.L.L.C.,
TAMERA A. CHILDERS, PLLC,
MOXLEY LAW FIRM, PLLC, and
DOES #1-10,

    Defendants.

Case No. 24-CV-259-GKF-MTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 21, 2024, the court denied plaintiff Linh Tran Stephens' Motion for Leave to Proceed *in Forma Pauperis* and Supporting Affidavit because she failed to state her spouse's bank account information, income, or assets, and the monetary value of any gifts received. [Doc. 8]. The court ordered Ms. Stephens to file a revised Motion for Leave to Proceed *in Forma Pauperis* and Supporting Affidavit, or, in the alternative, pay the $350.00 filing fee and the $55.00 administrative fee on or before July 8, 2024. To date, Ms. Stephens has not filed a revised motion or paid the filing fee.

WHEREFORE, plaintiff Linh Tran Stephens' Complaint [Doc. 2] is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of July, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINH TRAN STEPHENS,

    Plaintiff,

v.

ERICA PARKS,
DALE WARNER,
CHANDLER MOXLEY,
ERICA PARKS LAW FIRM, PLLC,
DALE WARNER P.L.L.C.,
TAMERA A. CHILDERS, PLLC,
MOXLEY LAW FIRM, PLLC, and
DOES #1-10,

    Defendants.

Case No. 24-CV-259-GKF-MTS

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the court's order filed contemporaneously herewith, it is hereby ordered, adjudged, and decreed that plaintiff Linh Tran Stephens' Complaint [Doc. 2] is dismissed without prejudice.

ENTERED this 9th day of July, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE