# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Linh Tran Stephens, Sui Juris, a living breathing natural woman with a living soul,
   Plaintiff,

vs.

Erica Parks, an individual
Dale Warner, an individual
Chandler Moxley, an individual
Et. Al.
   Defendants.

Case Number: __24-cv-259-GKF-MTS__
Appellate Case: 24-5138

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SUPPORTING AFFIDAVIT

I hereby move for leave to: (please check)

[X] Commence this action without prepayment of fees and costs or giving security therefor.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

1. Are you or your spouse currently employed?  Yes _____  No _X_  *previously unemployed, then self-employed @ Peace Joy Clinic until false imprisonment by CSS on 02/07/2024 for two months now unemployed*

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:
Name and Address of Employer

_____
_____
_____

Your Spouse:
**Not party to this case,
I had a binding prenup with him to avoid repeat financial abuse like I was from exhusband.
All i know is His debts > his income,
he couldn't help me with fees.**

_____
_____

Length of Employment

_____ _____
Years  Months

Length of Employment

_____ _____
Years  Months

Monthly Gross Pay $ *negative $1500 small business* Gross Pay $ _____
*then $0 since 02/07/2024*

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself _02/07/2024_____; spouse **unknown**
**but ex-spouse Adam Sylvester Stephens 2019
as property manager and semitruck driver 30 years experience**

Monthly gross pay during last month of employment $ **negative 1500 due to small business loss then $0 since 02/07/2024**

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|---|
| | | You | Spouse | You | Spouse |
| Self-employment | Y/N **N** | $ | $ | $ | $ |
| Income from real property (such as rental income) | Y/N **N** | $ | $ | $ | $ |
| Interest and dividends | Y/N **N** | $ | $ | $ | $ |
| Gifts | Y/N **N** | $ | $ | $ | $ |
| Alimony | Y/N **N** | $ | $ | $ | $ |
| Child Support | Y/N **N** | $ | $ | $ | $ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N **N** | $ | $ | $ | $ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N **N** | $ | $ | $ | $ |
| Unemployment payments | Y/N **N** | $ | $ | $ | $ |
| Public assistance payments such as welfare payments | Y/N **N** | $ | $ | $ | $ |
| Other sources of money (specify: _____) | Y/N **N** | $ | $ | $ | $ |
| TOTAL | | $ | $ | $ | |

5. State the amount of cash you and your spouse have: $ **50.00 for emergency only**

State below any money (you) or your spouse have in savings, checking, or other accounts in a bank or other financial institution. **prenup and separate finance, he has huge debts to pay on his own**

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| **none** | | $ **0.00 (zero)** | $ **N/A** |
| | | $ | $ |
| | | $ | $ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

**Home**    Address:   N/A    Value: $ _____
                              Amount owed on mortgages and
                              liens: $ _____

**Other real estate**   Address: _____    Value: $ _____
                                             Amount owed on mortgages and
                                             liens: $ _____

**Motor vehicle make/**   Model/Year: _____    Value: $ _____
                                                  Amount owed: $ _____

**Motor vehicle make/**   Model/Year: _____    Value: $ _____
                                                  Amount owed: $ _____

**Other**   Description: _____    Value: $ _____
                                     Amount owed: $ _____

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| N/A | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name (or, if under 18, initials only) | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| G.L.S. | daughter | 11 | Yes ____ No X  first born daughter was living with me as her primary caretaker unlimited access given to exhusband, until his custodial interference and his frauds-upon-the-court by exhusband breached his contract of "unhampered access to child" against our finalized divorce-custody-child-support settlement agreement/decree/court-order of STATE OF OREGON in 01/2016 |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 (zero) | $ **N/A** |

Are real estate taxes included? Yes ____ No ____ **N/A**

Is property insurance included? Yes ____ No ____ **N/A**

|  | You | Spouse |
|---|---|---|
| Utilities: Electricity and heating fuel | $ 0.00 (zero) | $ _____ |
| Water and sewer | $ 0.00 (zero) | $ _____ |
| Telephone | $ 0.00 (zero) | $ _____ |
| Other **Internet** | $ 0.00 (zero) | $ _____ |
| Home maintenance (Repairs and upkeep) | $ 0.00 (zero) | $ _____ |
| Food | $ 0.00 (zero) | $ _____ |
| Clothing | $ 0.00 (zero) | $ _____ |
| Laundry and dry cleaning | $ 0.00 (zero) | $ _____ |
| Medical and dental expenses | $ 0.00 (zero) | $ _____ |
| Transportation (not including car payments) | $ 0.00 (zero) | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 (zero) | $ _____ |
| Charitable contributions | $ **not anymore since 10/2020 loss of job, because 10% of zero is $0.00** | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) **N/A** | | |
| Homeowner's or renter's | $ **N/A** | $ _____ |
| Life | $ **N/A** | $ _____ |
| Health *cannot afford private health insurance for me anymore since 10/2020 loss of job* | | |
| Auto | $ 0.00 (zero) | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) **N/A** | | $ _____ |
| Installment payments | | |
| Auto: **N/A since had to sold broken down car on highway to pay its debt** | | $ _____ |
| Credit Card: (name) _____ | $ _____ | $ _____ |
| Department Store: (name) _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0.00 (zero) | $ _____ |

Payments for support of additional dependents not living at your home $ _____ $ _____

Regular expenses from operation of business, profession, or farm (attach detailed statement) $ _____ $ _____

Other _____ $ _____ $ _____

TOTAL MONTHLY EXPENSES $ **0.00 (zero)** $ _____

10. Do you expect any major changes to your monthly income or expenses during the next four months?
Yes _____ No **X**
If yes, describe.

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form? Yes _____ No **X**
If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the attorney:
_____
_____
_____

12. Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form? Yes _____ No **X**
If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the attorney:
_____
_____
_____

13. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?
Yes _____ No **X**
If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the person or service:
_____
_____
_____

14. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a

paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes ____ No _X_

   If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

15. Please provide any other information that helps to explain why you are unable to pay the docket fees.
self employed PLLC, small business small clinic startup costs is astronomical and I wasn't able to pay myself yet since January 2021; I couldn't even hire anyone and have to do everything from A to Z including cleaning my own table and desks and answering phones and text messages, etc. Working hard, taking loans from others to keep clinic afloat.

16. State the city and state of your legal residence:

Linh Tran Stephens
c/o 11063 S Memorial Dr Ste D #235.
Tulsa, Oklahoma [74133-7366]
Dated 10 DEC 2024

  Your daytime phone number:

  (_817_) _631 3223_

  Your age: _40_

  Years of schooling: _16_

  Last 4 digits of your social security number: _5094_

I declare under penalty of perjury that the above information is true and correct.

Date: _12/10/2024_      Signed _WITHOUT RECOURSE, without prejudice_ _Li-Lan: Stephens_

                                Print Name Linh Tran Stephens, Authorized Representative and beneficiary of LEGAL FICTION LINH TRAN STEPHENS

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2023**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____   See separate instructions.

| | |
|---|---|
| Your first name and middle initial | Last name |
| Linh T | Stephens |
| If joint return, spouse's first name and middle initial | Last name |

Your social security number: XXX-XX-XXXX
Spouse's social security number: XXX-XX-XXXX

Home address (number and street). If you have a P O box, see instructions.
8214 E 111th PL S Unit 100   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code
Bixby   OK   74008-2452

Foreign country name   Foreign province/state/county   Foreign postal code

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** Check only one box.
☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: [redacted]

**Digital Assets** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959  ☐ Are blind   Spouse: ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for: Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |

Standard Deduction for-
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 |
| 8 | Additional income from Schedule 1, line 10 | 8  (11,948) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9  (11,948) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11  (11,948) |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12  13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 |
| 14 | Add lines 12 and 13 | 14  13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15  0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)
EEA

*(Watermark: "Client Copy")*


Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

```
                                           Request Date: 05-07-2024
                                          Response Date: 05-07-2024
                                        Tracking Number: 105948458748

                          Record of Account

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8214 E




         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:         0.00
ACCRUED INTEREST:        0.00        AS OF: May  13, 2024
ACCRUED PENALTY:         0.00        AS OF: May  13, 2024

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              01
FILING STATUS:           Married Filing Separate
ADJUSTED GROSS
   INCOME:              -11,948.00
TAXABLE INCOME:          0.00
TAX PER RETURN:          0.00
SE TAXABLE INCOME
   TAXPAYER:             0.00
SE TAXABLE INCOME
   SPOUSE:               0.00
TOTAL SELF
   EMPLOYMENT TAX:       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2024
PROCESSING DATE                                               May  13, 2024

                              TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION        CYCLE     DATE              AMOUNT
 150  Tax return filed                 20241703  05-13-2024          $0.00
      14211-517-34065-4

 460  Extension of time to file tax return       04-05-2024          $0.00
      ext. Date 10-15-2024

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2023
```

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
SSN: XXX-XX-5094                         SPOUSE SSN:
NAME(S) SHOWN ON RETURN: LIN T STEP

ADDRESS: 8214 E


FILING STATUS:                                    Married Filing Separate
FORM NUMBER:                                                         1040
CYCLE POSTED:                                                    20241703
RECEIVED DATE:                                                Apr.15, 2024
REMITTANCE:                                                         $0.00
EXEMPTION NUMBER:                                                       1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:
PTIN:                                                         XXX-XX-6716
PREPARER EIN:                                                   XX-XXX2201

Income

TOTAL WAGES:.........................................................$0.00
FORM W-2 WAGES:......................................................$0.00
TAXABLE INTEREST INCOME: SCH B:......................................$0.00
TAX-EXEMPT INTEREST:.................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:.....................................$0.00
QUALIFIED DIVIDENDS:.................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:........................................$0.00
ALIMONY RECEIVED:....................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):...........................$-11,948.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:....................$-11,948.00
CAPITAL GAIN OR LOSS: (Schedule D):..................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:...........................$0.00
OTHER GAINS OR LOSSES (Form 4797):...................................$0.00
TOTAL IRA DISTRIBUTIONS:.............................................$0.00
TAXABLE IRA DISTRIBUTIONS:...........................................$0.00
TOTAL PENSIONS AND ANNUITIES:........................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:......................................$0.00
ADDITIONAL INCOME:..............................................$-11,948.00
ADDITIONAL INCOME PER COMPUTER:.................................$-11,948.00
REFUNDABLE CREDITS PER COMPUTER:.....................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:............................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):........................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...........$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:...............................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:...............................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.........................$0.00
FARM INCOME OR LOSS (Schedule F):....................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.......................$0.00
UNEMPLOYMENT COMPENSATION:...........................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:......................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:....................................$0.00
```

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:
LINH TRAN STEPHENS,

    Appellant,

v.

ADAM SYLVESTER STEPHENS,

    Appellee.

No. 120,849



FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 1-23-23
Posted
Mailed
Distrib
Publish ___ yes  X  no

**ORDER**

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding temporary child support in accordance with the temporary custody order and the October 31, 2022 order denying Appellant's objection and motion to recalculate. Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan*, 2001 OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§ 952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1. *See also Kantor v. Kantor*, 1994 OK 132, ¶ 2, 886 P.2d 480. More unlawful Order by lower court for RECORDS TO BE SEALED (01-17-2023)

To the extent Appellant challenges the November 2, 2022 order sealing records, Appellee's motion to dismiss is denied. The order sealing records is the functional equivalent of an injunction, therefore the appeal of this order shall proceed as an appeal from an order appealable by right. *Collier v. Reese*, 2009 OK 86, ¶ 11, 222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's Affidavit is denied. ⟵ *Mother = Appellant*

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.

/s/ _____
CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (9) Linh Tran Stephens, Sui Juris, a living breathing natural woman with a living soul,<br>    Plaintiff,<br>vs.<br>(1) **Erica Parks**, *an individual*<br>(2) **Dale Warner**, *an individual*<br>(3) **Chandler Moxley**, *an individual*<br>(4) **ERICA PARKS LAW FIRM, PLLC**, *an Oklahoma professional limited liability company*<br>(5) **DALE WARNER P.L.L.C.**, *an Oklahoma professional limited liability company*<br>(6) **TAMERA A. CHILDERS, PLLC**,<br>(7) **MOXLEY LAW FIRM, PLLC**, *an Oklahoma professional limited liability company*<br>(8) **DOES #1-10** known but unidentified individual,<br>    Defendants. | Appellate Case No. 24-5138<br>Civil Action Case No. 24-CV-259-GKF-MTS_<br>Judge Assigned <u>Gregory K Frizzell</u><br>**EXPEDITED TRIAL REQUESTED**<br>**JURY TRIAL DEMANDED**<br>VERIFIED COMPLAINT FOR DAMAGES, REQUEST FOR INJUNCTION RELIEF:<br>**Claim 1: Fraud upon the court**<br>**Claim 2: Legal Malpractice, Attorney Negligence, and Ineffective Assistance of Counsel**<br>**Claim 3: Breach of Fiduciary Duty**<br>**Claim 4: Breach of Contract**<br>**Claim 5: Unfair Competition**<br>**Claim 6: Loss of Consortium**<br>**Claim 7: Violation of Civil Rights** (42 U.S.C. §1983) and **Deprivation of Rights Under Color of Law** (18 U.S.C. §242) - Fourteenth Amendment - **Judicial Deception** in The Presentation of Evidence to Interference with Familial Association |

### MANDATORY JUDICIAL NOTICE AND COGNIZANCE RE: COURT COSTS
*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Applications to all successors and assigns, Affidavit is a Form of Evidence, and Silence is Acquiescence and Acceptance*

Affiant, Linh Tran Stephens (also known as Linh Stephens, "Plaintiff" or "linh" herein), one of the sovereign People (as seen in Oklahoma Constitution Article 2 Section 1) republican in form, **Sui Juris**–I am NOT the en legis, legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS", a "public servant", a "government employee", a "U.S. citizen", a "pauper", a "ward of the State", but I am a private, sentient, and moral living breathing woman with a living soul and the Holy Spirit of YAHUAH--do properly service to all defendants this affidavit, in this court of record, to make the following claims: *Mandatory Judicial Notice and Cognizance Regarding Court Costs*. In support of the Judicial Notice, this **Sui Juris** states: i, Linh Tran Stephens, born in 1984, being of sound mind and legal age, do hereby affirm the following statements to be true to the best of my knowledge and belief:

**Take Mandatory Judicial Notice and Cognizance** under Federal Rules of Evidence **201(d)** that "plaintiff" i.e. linh has a lawful right to proceed without cost, based upon the following case law:

    The US Supreme Court has ruled that a natural person entitled to relief is "entitled to free access to its judicial tribunals and public offices in every State of the Union (2 Black 620, see also *Crandell v Nevada*, 6 Wall 35].

Plaintiff (linh) should NOT be charged fees or costs for the lawful and Constitutional Protected Right to petition this court in this matter in which she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should NOT be applied to the Plaintiff who is a natural individual and entitled to relief (*Hale v Hinkel*, 201 US 43, *NAACP v Button*, 371 US 415); *United Mineworkers v Gibbs*, 383 US 715; and *Johnson v Avery*, 89 S.Ct. 747 (1969).

    *Screws v. United States*, 325 U.S. 91 (1945) also supports the assertion that rights granted under the Constitution are universal and should not be unequally burdened based on citizenship status or legal fiction.

Historically, the origins of court fees and their intended purpose were designed to regulate access to the legal system for <u>corporate entities rather than natural persons</u>, and thus should NOT apply to individuals asserting their constitutional rights. Plaintiff would like to emphasize that <u>access to justice is a fundamental right</u>: *Gideon v. Wainwright*, 372 U.S. 335 (1963), which reinforced the idea that access to legal counsel is essential in the pursuit of justice and that financial barriers cannot impede a person's right to seek relief. Next, **<u>Equal Protection Clause of the 14th Amendment,</u>** reinforcing that no law should discriminate against individuals, particularly in their access to the judicial system; Fees can disproportionately affect those with fewer financial resources, thus infringing on this fundamental right. Additionally, <u>Public policy</u> emphasizes the importance of a functional judicial system; if access to courts is restricted by fees, it not only dissuades individuals from pursuing their legitimate claims but also undermines the legitimacy of the courts; a functioning democracy relies on the ability of its citizens to seek legal redress. Judicial Ethics require judges and magistrates to uphold justice without bias, pursuant to **Code of Conduct for United States Judges**, which emphasizes that judges should avoid impropriety and the appearance of impropriety, thereby reinforcing how denying or reversing IFP status could appear as bias against natural persons. <u>CALL TO ACTION</u>: This Court must honor the principles of justice and equity that underpin our legal system, ensuring that rights secured by the Constitution remain unencumbered by financial barriers; Plaintiff requests an <u>explicit judicial determination</u> on the denial of fees, reinforcing that any judge or magistrate must act consistent with established law and ethical standards for a natural living woman.

    Plaintiff (linh) CANNOT be charged a fee as no charge can be placed upon a citizen as a condition precedent to exercise her Constitutional Protected Rights, her **rights** (which is not a privilege) secured by the Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a privilege under control of government." *Fort Smith Gas Co. v Wisemen*" 189 Ark.675 74 SW.2d 789,790, from Black's Law Dictionary 5th Ed.

## NOTICE AND CONCLUSION IN LAW

So in closing, it is clear <u>plaintiff(s) must have their funds, refunded if PLAINTIFF(S) have paid under **Title 28 U.S.C. 1914** – (District court; filing and miscellaneous fees; rules of court) or NOT be charged at all, as the sovereign people are entitled to free access of the courts</u>. Plaintiff believes this is proper, in any form, as the people's tax dollars fund these courts. If the people are NOT to have free access then the tax dollars should stop flowing, for this purpose. Because it would mean the courts are receiving enumeration twice and that would be considered fraud. Once by taxes then paid, again by the people paying for a use of the courts, when their tax dollars had already paid. Plaintiff also respectfully demands the Magistrate and Judge take judicial notice of all herein under **RULE 201(d)** which is **adjudicated facts**.

Plaintiff also gives notice to the Magistrate and Judge, that the Magistrate/Judge is bound by U.S. Supreme Court rulings please see the following. *Howlett V. Rose*, 496 U.S. 356 (1990) Federal Law and Supreme Court cases apply to State court cases. (*Cooper v. Aaron*, 358 U.S. 1 (1958))--States are bound by United States Supreme Court Case decisions.

Please Make Amends and Honor thy Oath as Elected and public servants, as mandated by **Title 5 U.S.C. §§ 2906-3331**, which outlines the Oath of office. This is vital to prevent violations that could invoke **Title 18 U.S.C. §§ 241-242**, concerning Conspiracy Against Rights and Deprivation of Rights Under Color of Law.

*Nemo me impune lacessit* + Psalm 105:15.
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Notice applies to all successors and assigns
**Affidavit is a Form of Evidence,**
**Silence is Tacit Acquiescence/Agreement/Dishonor**
This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us.

Private sector autograph;
WITHOUT RECOURSE
without prejudice
By beneficiary: *Linh-Tran Stephens/Agent*
Authorized Representative and beneficiary of LEGAL FICTION LINH TRAN STEPHENS
Full capacity and competency, Reserving all my rights without prejudice,
A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
non-incorporated, non-sole-proprietor, living on the land of the republic, with God-given rights,
Sovereign People, Sui Juris, Freeman on the Land,
NOT a "public servant" nor a "government employee" nor a "pauper" nor a "ward of the State",
General Delivery Town Post, non-domestic without the United States
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma union state, without USDC,
Zip exempt, but near [74008]
LinhStephens7@gmail.com

### Notary as JURAT CERTIFICATE

STATE OF <u>MINNESOTA</u>   )
                           ) ss
COUNTY OF <u>SHERBURNE</u> )

On this <u>09th</u> day of <u>December</u>, 2024 before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> (the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS), who electronically (remotely) proved to me on the

---

basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*
Signature of Notary/Jurat
or Person Administering Oath's Signature



My commission expires: 01/31/2028

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of Decermbe, 2024, a true, correct, and exact copy of the above and foregoing instrument was was electronically transmitted to the Clerk of
the Court via ProSeFilingsOKND@oknd.uscourts.gov for efiling
(1) Defendant #1: **Erica Parks,** *2021 S Lewis Ave, Suite 335, Tulsa, OK 74104* ; phone: 918-902-0507; email: erica@ericaparkslaw.com .
(2) Defendant #2: **Dale Warner** , *2021 S Lewis Ave, Suite 335, Tulsa, OK 74104;* phone: 918-749-4100; email: dale.law42@yahoo.com .
(3) Defendant #3: **Chandler Moxley** , 2642 E 21st Street, Suite 290, Tulsa, OK 74114; phone: 918-574-8990; email: chandler@divorcetulsa.com .
(4) Defendant #4: **ERICA PARKS LAW FIRM, PLLC** , registered agent, Erica Parks, 2021 S Lewis Ave, Suite 335, Tulsa, OK 74104.
(5) Defendant #5: **DALE WARNER P.L.L.C.** , registered agent, Dale Warner, 2021 S Lewis Ave, Suite 335, Tulsa, OK 74104.
(6) Defendant #6: **TAMERA A. CHILDERS, PLLC,** registered agent, GARY W. CREWS, P.L.L.C., 1795 East 71st Street, Tulsa, OK 74136
(7) Defendant #7: **MOXLEY LAW FIRM, PLLC** , registered agent, Amanda Phillips, 2642 E. 21st St, Ste 290, Tulsa, OK 74114
(8) Defendant #8: **DOES #1-10** known but unidentified individual,

WITHOUT RECOURSE By beneficiary: *without prejudice Linda-Flair Stephens/Agent*

Mandatory Judicial Notice and Cognizance Re: Court Costs – page 4 of 4